# EXHIBIT 1

VOL 0822 PAGE 642

Warranty Deed, Page 1
Oralia Vela Rojas, et al/Florentino Luera

## OFFICIAL RECORDS

200518

```
THE STATE OF TEXAS   *
                     *         WARRANTY DEED
COUNTY   OF   STARR  *
```

KNOW ALL MEN BY THESE PRESENTS:

That we, ORALIA VELA ROJAS, with a mailing address of P. O. Box 204, Roma, Starr County, Texas; ODILIA VELA RODRIGUEZ; and the issue of OCCILIA VELA SCHUCK, deceased, namely: CHERYL SCHUCK, DONALD SCHUCK, MICHAEL SCHUCK and ROBERT SCHUCK, for and in consideration of the sum of Ten and no/100 ($10.00) Dollars and other valuable consideration to the undersigned paid by the grantee herein named, the receipt of which is hereby acknowledged, have GRANTED, SOLD AND CONVEYED, and by these presents do GRANT, SELL AND CONVEY unto FLORENTINO LUERA, with a mailing address of ███ ███████████████ ███ Starr County, Texas, all of the following described real property in Starr County, Texas, to-wit:

> THE SURFACE AND THE SURFACE ONLY in and to Thirty-four and 635/1000 (34.635) acres of land, more or less, lying in and forming part and portion of Parcel S-14-Q, Porcion No. Fifty-eight (58), Ancient Jurisdiction of Mier, now situated in Starr County, Texas. The Plat of Parcel No. S-14 is recorded in Volume 1, Page 112, of the Map Records of Starr County, Texas, same being referred to in that certain Judgment on Stipulation issued on July 26, 1956, Civil Action No. 575, in the United States District Court for the Southern District of Texas, Brownsville, Division, a copy of which is recorded in Volume 262, Page 12 of the Deed Records of Starr County, Texas.
>
> Reference is herein made to that Warranty Deed duly found and recorded in Volume 649, Page 230, Official Records of Starr County, Texas.
>
> It is hereby understood, stipulated and accepted by the PARTIES herein that Cheryl Schuck, Donald Schuck, Michael Schuck and Robert Schuck are the sole heirs-at-law of Occilia Vela Schuck who died intestate May 20, 1998 and without administration on her estate as there was no necessity. Occilia Vela Schuck was married twice during her lifetime. She first married Raymond Schuck and of their marriage only four children were born, namely: Cheryl Schuck, Donald Schuck, Michael Schuck and

VOL 0822 PAGE 643

Warranty Deed, Page 2
Oralia Vela Rojas, et al/Florentino Luera

Robert Schuck. Occilia and Raymond Schuck divorced in 1962. Occilia later married Felipe Gonzalez and they divorced in 1971. No children were born of their marriage. Occilia did not adopt nor had any other children during her lifetime.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging, unto the said grantee, his heirs and assigns forever; and we do hereby bind ourselves, our heirs, executors and administrators to WARRANT AND FOREVER DEFEND all and singular the said premises unto the said grantee, his heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

"THIS INSTRUMENT WAS PREPARED SOLELY FROM INFORMATION AND ON INSTRUCTIONS GIVEN TO US BY OUR CLIENT. NO TITLE OPINION OR OTHER INFORMATION HAS BEEN FURNISHED TO US OR GIVEN BY US IN CONNECTION WITH ITS PREPARATION."

Executed this 03 day of Dec, 1998.

_____
ORALIA VELA ROJAS

_____
ODILIA VELA RODRIGUEZ

_____
CHERYL SCHUCK

_____
DONALD SCHUCK

_____
MICHAEL SCHUCK

_____
ROBERT SCHUCK

THE STATE OF TEXAS *
                    *
COUNTY   OF STARR   *

This instrument was acknowledged before me on the 3rd day of Dec, 1998, by ORALIA VELA ROJAS.

_____
Notary Public, State of Texas
Name: Graciela G. Trujillo
My Commission Expires: 9-23-2000

VOL 0822 PAGE 644

Warranty Deed, Page 3
Oralia Vela Rojas, et al/Florentino Luera

THE STATE OF TEXAS   *
                     *
COUNTY   OF STARR    *

This instrument was acknowledged before me on the 15th day of December, 1998, by ODILIA VELA RODRIGUEZ.

*ODILIA VELA RODRIGUEZ*



*Teodora T. Gonzalez*
Notary Public, State of Texas
Name: Teodora T. Gonzalez
My Commission Expires: Sep. 30, 2000

THE STATE OF California  *
                         *
COUNTY   OF Orange       *

This instrument was acknowledged before me on the 25th day of November, 1998, by CHERYL SCHUCK.



*Graciela Zarco*
Notary Public,
State of California
Name: Graciela Zarco
My Commission Expires: 05/26/02

THE STATE OF Nevada  *
                     *
COUNTY   OF Clark    *

This instrument was acknowledged before me on the 29th day of November, 1998, by DONALD SCHUCK.



Notary Public,
State of Nevada
Name: James P. Phillips
My Commission Expires: 8.4.02

THE STATE OF California  *
                         *
COUNTY   OF Orange       *

This instrument was acknowledged before me on the 25th day of November, 1998, by MICHAEL SCHUCK.



*Graciela Zarco*
Notary Public,
State of California
Name: Graciela Zarco
My Commission Expires: 05/26/02

VOL 0822 PAGE 645

Warranty Deed, Page 4
Oralia Vela Rojas, et al/Florentino Luera

THE STATE OF _Texas_    *
COUNTY OF _Dallas_    *

    This instrument was acknowledged before me on the _3rd_ day of _Dec_, 1998, by ROBERT SCHUCK.

                                       _[signature]_
                                       Notary Public,
                                       State of _Texas_
                                       Name: _Graciela G Trujillo_
                                       My Commission Expires: _9-23-2000_

[Notary Seal: GRACIELA G. TRUJILLO, Notary Public, State of Texas, My Comm. Expires 9-23-2000]

200518

FILED FOR RECORD

'98 DEC 18 AM 9 53

OMAR J. GARZA
COUNTY CLERK
STARR COUNTY, TEXAS

004