# EXHIBIT 6

1200 Pennsylvania Avenue NW
Washington, DC 20229



**U.S. Customs and Border Protection**

October 24, 2023

Mr. Florentino Luera
c/o Peter McGraw, Esq.
Texas RioGrande Legal Aid
1206 East Van Buren Street
Brownsville, Texas  78520

Dear Mr. McGraw:

Border security tactical infrastructure, such as border walls, lighting, and roads, are critical elements to gain effective control of our Nation's borders.  The purpose of border security infrastructure is to deter illicit cross-border activity such as drug smuggling, border violence and illegal immigration.

The U.S. Government has identified a portion of your property that we need to access for the purpose of conducting environmental assessments, property surveys, appraisals, and any other such work which may be necessary and incidental to the Government's assessment of the property for possible acquisition in support of U.S. Customs and Border Protection's (CBP) construction of border infrastructure authorized by Congress and other funded tactical infrastructure projects.  The property is located in Starr County, identified as RGV-RGC-1007 on the attached map.

As of the date of this letter we have not received your permission to access the property, and because the Government has an immediate need to enter your property to conduct the necessary surveys, we have determined that it will be necessary to file an action in federal district court to allow us to enter for these purposes for a limited period of 12 months.  We anticipate seeking this temporary right of entry within the next 90 days in the U.S. District Court of the Southern District of Texas.  You will be served with notice upon the filing of the case.  The pleading is called a Declaration of Taking and Complaint in Condemnation.  Funds will be deposited into the registry of the court as just compensation, and supplemented if necessary, to cover any potential damage caused by the Government during site assessment work.

001

- 2 -

CBP has collaborated with the U.S. Army Corps of Engineers (USACE) to obtain access to the real estate to support the work effort described above. Therefore, if you have any questions please contact USACE Realty Specialist Mrs. Erin Corby, 817-886-1089, or email erin.c.corby@usace.army.mil.

Sincerely,

Paul Enriquez
Director – Infrastructure Portfolio
Program Management Office Directorate
U.S. Border Patrol
U.S. Customs and Border Protection

Enclosure

CM: 7020 3160 0001 0960 6634
RM

