# EXHIBIT 7



**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

**RECEIVED OCT 3 0 2023**

United States Attorney's Office    Phone   (956) 723-6523
11204, McPherson Rd Suite 100A    Fax     (956) 790-1789
Laredo, Texas 78045

October 24, 2023

**Florentino Luera**
**c/o Peter McGraw**
301 South Texas Ave.
Mercedes, TX 78570

Dear Mr. Luera,

      The purpose of this letter is to request your written permission to enter upon your land in accordance with the enclosed Right of Entry for Survey and Site Assessment (ROE-S) and accompanying map. Once you have had an opportunity to review the enclosed documents, we invite you to call or email the below listed point of contact to review the material with you and/or to address any questions you may have.

      You are receiving this letter because the U.S. Government has identified a portion of your property that we wish to access for the purpose of conducting environmental assessments, property surveys, appraisals and any other such work which may be necessary and incidental to the Government's assessment of the property for possible acquisition in support of U.S. Customs and Border Protection's (CBP) construction of border infrastructure and other funded tactical infrastructure projects authorized by Congress in the Fiscal Year 2018 appropriation.

      Border security tactical infrastructure, such as border walls, lighting, and roads, are critical elements to gain effective control of our Nation's borders. The purpose of border security infrastructure is to deter illicit cross-border activity such as drug smuggling, border violence and illegal immigration.

      The planned assessments outlined in the ROE-S are scheduled to occur intermittently over the time period specified in the document. Only the portion of your property that may be affected by construction of border security tactical infrastructure, as shown on the map of the enclosed ROE-S, will be environmentally assessed by the U.S. Government, its agents, employees, and contractors. The ROE-S is required beyond the proposed project area for access to each parent tract monument in order for the surveyor to physically locate the subject area in alignment with adjoining property boundaries. State law requires the surveyor to produce work of sufficient quality as to prevent boundary line disputes and be technically unbiased for all impacted parties. By signing this form, you are granting written permission to the U.S. Government, its agents, employees, and contractors to conduct the assessment activities described. Those activities may commence immediately following execution of the document.

001

As of October 24, 2023, the United States has not received a signed Right of Entry giving it temporary access to this property. The government has an immediate need to access this property to conduct surveys and environmental assessments. Without your permission, it will be necessary for my office to file an action in federal district court allowing the government to access your property temporarily (up to 18 months) for these limited purposes. We anticipate seeking this temporary right of entry within the next 30 days in the U.S. District Court of the Southern District of Texas by filing pleadings called a Declaration of Taking and Complaint in Condemnation. Once filed, you will be provided notice and nominal funds will be deposited into the registry of the court as estimated just compensation, funds which, if necessary, will be supplemented to cover any potential damage caused by the government during the site assessment work.

**In order to avoid the civil condemnation process,** we hope that you and other landowners in the Rio Grande Valley will assist us in our strategic efforts to secure our Nation's borders. Enclosed for your review are three copies of the ROE-S form. If you have no further questions, please retain one copy of the ROE-S for your records and return the signed signature page from the other two ROE-S in the enclosed, pre-addressed and postage paid envelope. Upon receipt of your signed copies, the U.S. Government will complete and return a fully executed copy for your records. If you are acting in an agent capacity for a corporation or organization, please fill in the Certificate for Corporations and Partnerships found on page 3. If your property is currently under lease, license or is otherwise occupied, please have the tenant or licensee fill in the right-of-entry portion for tenant information so consent from that individual can be obtained as well.

Should you have any questions, I welcome the opportunity to speak with you on the phone or meet with you in person to address potential impacts this request may have on your property. If you would like to coordinate a meeting or believe you do not have an ownership interest in this property, please feel free to contact my paralegal, David Arredondo, at (956) 531-6602 or myself at (956) 721-4974 or call my cell at (956) 324-1580.

Sincerely,

**ALAMDAR S. HAMDANI**
United States Attorney
Southern District of Texas

By: _____
José Angel Flores, Jr.
Assistant United States Attorney

JF/da
Enclosures

**Border Infrastructure Project(s)**  DACW63-9-23-_____

Tract No: RGV-RGC-1007

## U.S. CUSTOMS AND BORDER PROTECTION

## DEPARTMENT OF HOMELAND SECURITY

### Right-of-Entry For Survey and Site Assessment

The undersigned, hereinafter called the "Owner", hereby grants to the United States of America, hereinafter called the "Government", a temporary right-of-entry upon Owner's property described below, hereinafter called the "Property." This right-of-entry is granted upon the following terms and conditions:

1. The Government's officers, employees, agents, and contractors shall have the right to enter upon the Property for the purpose of conducting environmental assessments and property surveys, including the right to temporarily store, move and remove necessary equipment and supplies; survey, stake out, appraise, bore and take soil and/or water samples, and perform any other such work which may be necessary and incidental to the Government's assessment of the Property for Border Infrastructure Projects in the Rio Grande Valley Sector area of responsibility.

2. This right-of-entry is irrevocable for a period of Eighteen **(18)** months from the date of this instrument.

3. The rights granted herein include the right of ingress and egress on other lands of the Owner not described below, provided such ingress and egress is necessary to access the Property and is not otherwise conveniently available to the Government.

4. All tools, equipment, and other property taken upon or placed upon the land by the Government shall remain the property of the Government and may be removed by the Government at any time within a reasonable period after the expiration of this right-of-entry.

5. If any action of the Government's officers, employees, agents, or contractors in the exercise of this right-of-entry results in damage to real property, an administrative claim can be made using a Standard Form (SF) 95 (Claim for Injury, Damage, or Death). The SF 95 must include supporting documentation and state a claim for monetary damages in a sum certain amount for any alleged loss or damage of property and must be filed within two years after the claim accrues. Please submit the SF 95 and supporting documentation to the CBP Port of Entry or United States Border Patrol station nearest to where the alleged damages occurred.

6. The Property that is subject to this right-of-entry is located in the State of Texas, County of Starr, and is shown on the attached Exhibit Map.

7. I affirm that I have the authority to grant this right-of-entry onto the Property described above.

003

**Border Infrastructure Project(s)**                    DACW63-9-23-_____

                                                        **Tract No: RGV-RGC-1007**

| | |
|---|---|
| Dated this _____ day of _____, 20___ | THE UNITED STATES OF AMERICA |
| _____<br>Owner's signature | By: _____<br>Paul Enriquez<br>Acquisition Program Manager |
| _____<br>Owner's printed name | Wall Program Management Office<br>U.S. Border Patrol Program |
| Owner's mailing address:<br>_____<br>_____<br>_____ | Management Office Directorate<br>U.S. Border Patrol<br>U.S. Customs and Border Protection<br>Department of Homeland Security |
| Home Telephone: _____ | |
| Work Telephone: _____ | |

**Owner requires notification prior to entry.    Yes    No    (please circle one)**

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.

Primary POC: _____

Alternate POC: _____

**Border Infrastructure Project(s)**           DACW63-9-23-_____

                                    Tract No: RGV-RGC-1007

# CERTIFICATE OF AUTHORITY
*(applicable for Corporations and Organizations)*

I, _____ *(name)*, certify that I am the _____ *(position held in organization)* of the _____ *(organization)*, duly organized and registered in the State of Texas; that _____ *(executor of instrument)*, who signed the foregoing instrument on behalf of the grantee, was then _____ *(position of executor of instrument)* of said _____ *(organization)*. I further certify that the said officer was acting within the scope of powers delegated to this officer by the governing body of the grantee in executing said instrument.

**IN WITNESS WHEREOF,** I have hereunto set my hand, and the seal of the _____ *(organization)*, this _____ day of _____, 20_____.

Signature: _____

Typed Name: _____

Title: _____

**NOTE**: THE PERSON SIGNING THE ABOVE CERTIFICATE <u>CANNOT</u> BE THE SAME PERSON THAT SIGNED THE RIGHT-OF-ENTRY.

3

005

**Border Infrastructure Project(s)**  DACW63-9-23-_____

Tract No: **RGV-RGC-1007**

CONSENT OF TENANT: *(if applicable)*

I hereby consent to the use of the property by the Government in accordance with this right-of-entry.

_____
Tenant's Signature

_____
Tenant's Printed Name

Owner's Mailing Address:

_____

_____

_____

Home Telephone: _____

Work Telephone: _____

_____

**Tenant requires notification prior to entry.**   Yes    No   (please circle one)

If yes, please provide the primary and alternate point of contact (POC) and phone number and/or email.

Primary POC: _____

Alternate POC: _____

4

006

**Border Infrastructure Project- RGC-1000s**

**RGV Sector / Starr County**

| Legend | |
|---|---|
| Proposed Project Area | red outline |
| Parent Tracts for Surveying Purposes | blue outline |
| OTLS | black outline |

**Reference**

| Tracts | Unknown |
|---|---|
| County ID | RGV-RGC-1007 |

Scale: 1 inch = 300 feet (0, 150, 300 Feet)

Warning: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public, other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

July 17, 2018

007